## 69086. PRESTON CARROLL COMPANY, INC. et al. v. MORRISON ASSURANCE COMPANY.
### (335 SE2d 747)

DEEN, Presiding Judge.

In *Morrison Assur. Co. v. Preston Carroll Co.*, 254 Ga. 608 (331 SE2d 520) (1985), the Supreme Court reversed the decision of this court rendered in *Preston Carroll Co. v. Morrison Assur. Co.*, 173 Ga. App. 412 (326 SE2d 486) (1985). Therefore, the former judgment of this court is vacated, and the judgment of the trial court is affirmed in accordance with the Supreme Court's decision.

*Judgment affirmed. Banke, C. J., McMurray, P. J., Birdsong, P. J., Carley, Sognier, Pope, Benham, and Beasley, JJ., concur.*

DECIDED SEPTEMBER 10, 1985.

*William E. Turnipseed, Henry Angel*, for appellants.
*DeWitte Thompson, Jr., Jefferson B. Slagle*, for appellee.

## 69198. AUSBURN v. ANTHONY.
### (335 SE2d 746)

SOGNIER, Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, 254 Ga. 472 (330 SE2d 724) (1985), our decision in *Ausburn v. Anthony*, 173 Ga. App. 505 (326 SE2d 588) (1985), is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Deen, P. J., and McMurray, P. J., concur.*

DECIDED SEPTEMBER 10, 1985.

*Charles A. Mullinax*, for appellant.
*G. William Thackston, Jr.*, for appellee.